U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

JAN 21 2026

ERIC M. STORMS, CLERK

BY_____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

████████████████████ and

ADONIS MERCEDES

No. 2:26-cr- 00008-JAW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy to Commit Access Device Fraud)

1.      From an unknown date, to about August 29, 2022, in the District of Maine and elsewhere, the defendants,

████████████████████ and
**ADONIS MERCEDES**

knowingly and willfully conspired with others to commit Access Device Fraud, in violation of Title 18 United States Code, Section 1029(a)(2).

### Manner and Means

2.      As part of the conspiracy, the defendants and others obtained and exchanged means of identification, including names, dates of birth, and social security numbers, belonging to victims.

3.      The defendants and others used the means of identification of others to create counterfeit legal permanent resident ("LPR") cards in the names of victims. Although the counterfeit LPR cards were in victims' names, they all included photographs of a coconspirator, Luis Garcia.

4.  ███████ ████ and others travelled throughout the United States to visit Home Depot stores, including Home Depot stores in Maine.

5.  ██████ and others, including Luis Garcia, opened and caused to be opened Home Depot credit card accounts in victims' names using victims' personal identification information and counterfeit LPR cards as identification.

6.  The defendants and coconspirators purchased and caused to be purchased merchandise at Home Depots throughout the United States, including in Maine, using the Home Depot credit card accounts opened in victims' names.

7.  Adonis Mercedes provided instructions to ████████ ████ and others to carry out the scheme and reimbursed ████████ ████ for expenses incurred while traveling to Home Depots.

### Overt Acts

8.  In furtherance of the conspiracy and to accomplish its objectives, the defendants and other members of the conspiracy committed the following overt acts:

a.  On about August 25, 2022, Adonis Mercedes texted ████████ ████ that he wanted him to rent a van and travel with Luis Garcia north of Boston to carry out the conspiracy.

b.  On about August 28, 2022, ████████ ████ rented a van in New Jersey for the purpose of driving himself and Luis Garcia to Maine. ██████ and Garcia then travelled to Maine.

c.    On about August 29, 2022, ▮▮▮▮▮▮ ▮▮▮▮ and Luis Garcia drove to Home Depots at multiple locations in Maine. They traveled with counterfeit U.S. LPR cards bearing the names of unwitting third parties, including the names of Victim 1 and Victim 2.

d.    On about August 29, 2022, Adonis Mercedes texted ▮▮▮▮▮▮ ▮▮▮▮ an address in Old Town, Maine, to visit as part of the conspiracy.

e.    On about August 29, 2022, Luis Garcia opened a Home Depot credit card account in the name of Victim 1 and with account number xxxx-xxxx-xxxx-3814.

f.    On about August 29, 2022, Luis Garcia opened a Home Depot credit card account in the name of Victim 2 and with account number xxxx-xxxx-xxxx-2403.

g.    On about August 29, 2022, Luis Garcia purchased merchandise at Home Depot stores in Auburn, Augusta, Topsham, and Waterville using an unauthorized access device, specifically account number xxxx-xxxx-xxxx-3814.

h.    On about August 29, 2022, Luis Garcia purchased merchandise using an unauthorized access device, specifically account number xxxx-xxxx-xxxx-2403, at a Home Depot store in Bangor, Maine.

i.    On about the following dates, Adonis Mercedes made the following payments to ▮▮▮▮▮▮ ▮▮▮▮ through Zelle:

3

   i.  8/28/2022: $500

  ii.  8/28/2022: $521

 iii.  8/29/2022: $120

 iv.  8/29/2022: $120

All in violation of Title 18, United States Code, Section 1029(b)(2).

### COUNT TWO
### (Access Device Fraud)

9.     On about August 29, 2022, in the District of Maine, the defendants,

████████████████████████ **and**
**ADONIS MERCEDES**

in transactions affecting interstate commerce, knowingly and with intent to defraud used one or more unauthorized access devices, namely, Home Depot account number xxxx-xxxx-xxxx-3814, and by such conduct, during the one-year period from about August 28, 2022, to about August 28, 2023, obtained things of value aggregating $1,000 or more.

All in violation of 18, United States Code, Sections 1029(a)(2) and 2.

### COUNT THREE
### (Access Device Fraud)

10.    On about August 29, 2022, in the District of Maine, the defendants,

████████████████████████ **and**
**ADONIS MERCEDES**

in transactions affecting interstate commerce, knowingly and with intent to defraud used one or more unauthorized access devices, namely, Home Depot account number xxxx-xxxx-xxxx-2403, and by such conduct, during the one-year

4

period from about August 28, 2022 to about August 28, 2023, obtained things of value aggregating $1,000 or more during a one year period.

All in violation of 18, United States Code, Sections 1029(a)(2) and 2.

## COUNTS FOUR- FIVE
### (Aggravated Identity Theft)

11.    The allegations in paragraphs 1 through 8 of the Indictment are incorporated.

12.    On about August 29, 2022, in the District of Maine and elsewhere, the defendants,

████████████████████████████ and
ADONIS MERCEDES

knowingly possessed and used, without lawful authority, a means of identification of another person as described below, during and in relation to the commission of conspiracy to commit access device fraud, as charged in Count One of this Indictment, and did aid and abet such conduct.

| COUNT | MEANS OF IDENTIFICATION |
|-------|-------------------------|
| 4 | The name, date of birth, and social security number of Victim 1. |
| 5 | The name, date of birth, and social security number of Victim 2. |

All in violation of 18 United States Code Sections 1028A and 2.

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 1029 set forth in Count One of this Indictment, the defendants,

███████████████████████████████ **and**
**ADONIS MERCEDES**

shall forfeit to the United States of America:

 a.  pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offense including, but not limited to, a money judgment in the amount of all such proceeds; and

 b.  pursuant to Title 18, United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used to commit the offense including, but not limited to all counterfeit legal permanent resident cards seized by the Auburn Police on August 29, 2022 during a traffic stop of defendants.

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Sections 982(a)(2)(B) or 1029(c)(1)(C), as a result of any act or omission of the defendant—

 a.  Cannot be located upon the exercise of due diligence;

 b.  Has been transferred or sold to, or deposited with, a third party;

 c.  Has been placed beyond the jurisdiction of the court;

 d.  Has been substantially diminished in value; or

 e.  Has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America to seek forfeiture of any other

6

property of the defendant up to the value of the property described above pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

All pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C).

A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

FOREPERSON

Assistant U.S. Attorney
Date January 21, 2026

7